

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106-1797

**Re: MDL No. 1869 –-In Re: Rail Freight Fuel Surcharge Antitrust Litigation**

  Quality Refractories Installation, Inc. v. Assoication of American Railroads, et al.
      Your case number:  C.A. No. 2:07-2657    **Our Case Number: CA 1:07-2060**
  Nizhnekamskneftekhim USA, Inc. v. CSX Transportation, Inc., et al.
      Your case number: C.A. No. 2:07-2809    **Our Case Number: CA 1:07-2059**

Dear Clerk of Court:

    Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

    At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov**
**Please make reference to our new case number in your transmittal letter.**

                        Sincerely,

                        Katherine Snuffer, Deputy Clerk
                        (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation